[redacted]

**From:** WEED, SCOTT A Lt Col USAF AFMC 96 CS/CC <scott.weed@us.af.mil>
**Sent:** Monday, June 14, 2021 8:58 AM
**To:** WARNOCK, DANIEL L NH-03 USAF AFMC 96 TW/96 TW JA <daniel.warnock.1@us.af.mil>
**Cc:** CLARK, PAUL M SR NH-04 USAF AFMC 96 TW/IG <paul.clark.28@us.af.mil>; GARRICK, WILLIAM G NH-03 USAF AFMC 96 TW/IGQ <william.garrick.2@us.af.mil>; BLAUVELT, MICHAEL L NH-04 USAF AFMC 96 TW/96 TW/JA <michael.blauvelt.3@us.af.mil>; KROG, ANDREW T NH-03 USAF AFMC 96 TW/JA <andrew.krog.2@us.af.mil>; JACKSON, DAPHNE L Lt Col USAF AFMC 96 TW/JA <daphne.jackson.4@us.af.mil>
**Subject:** RE: Need a vector

Dan, it'd be great if you're able to participate! I'm hoping to have all the right folks in the same room, so we can go kinetic as soon as feasible.

I very much appreciate the teams mobilizing so rapidly. I know you're all juggling the weight of the installation!

V/r,
Scott

SCOTT A. WEED, Lt Col, USAF
Commander, 96th Communications Squadron

**From:** WARNOCK, DANIEL L NH-03 USAF AFMC 96 TW/96 TW JA <daniel.warnock.1@us.af.mil>
**Sent:** Monday, June 14, 2021 8:31 AM
**To:** WEED, SCOTT A Lt Col USAF AFMC 96 CS/CC <scott.weed@us.af.mil>
**Cc:** CLARK, PAUL M SR NH-04 USAF AFMC 96 TW/IG <paul.clark.28@us.af.mil>; GARRICK, WILLIAM G NH-03 USAF AFMC 96 TW/IGQ <william.garrick.2@us.af.mil>; BLAUVELT, MICHAEL L NH-04 USAF AFMC 96 TW/96 TW/JA <michael.blauvelt.3@us.af.mil>; KROG, ANDREW T NH-03 USAF AFMC 96 TW/JA <andrew.krog.2@us.af.mil>; JACKSON, DAPHNE L Lt Col USAF AFMC 96 TW/JA <daphne.jackson.4@us.af.mil>
**Subject:** FW: Need a vector

**Importance:** Low

Lt Col Weed

I have just been looped in on this. I coordinate all command/EO investigations/inquiries for JA and am happy to participate in a discussion this afternoon …. or I can wait until you have specific allegations. Please advise.

Dan.

DAN. WARNOCK, USAF Civilian
General Law Attorney
96 TW/JA, Eglin AFB FL 32542
Cell (while teleworking): 850-240-3786

**Attorney Work Product. This document is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.**

---

**From:** BLAUVELT, MICHAEL L NH-04 USAF AFMC 96 TW/96 TW/JA <michael.blauvelt.3@us.af.mil>
**Sent:** Monday, June 14, 2021 7:32 AM
**To:** WARNOCK, DANIEL L NH-03 USAF AFMC 96 TW/96 TW JA <daniel.warnock.1@us.af.mil>; KROG, ANDREW T NH-03 USAF AFMC 96 TW/JA <andrew.krog.2@us.af.mil>
**Subject:** FW: Need a vector
**Importance:** Low

FYSA.

---

**From:** WEED, SCOTT A Lt Col USAF AFMC 96 CS/CC <scott.weed@us.af.mil>
**Sent:** Friday, June 11, 2021 5:19 PM
**To:** CLARK, PAUL M SR NH-04 USAF AFMC 96 TW/IG <paul.clark.28@us.af.mil>
**Cc:** ATHERTON, DEBRA A NH-04 USAF AFMC 96 CS/SCX <debra.atherton@us.af.mil>; DAVIS, SCOTT A NH-04 USAF AFMC 96 CS/SCO <scott.davis.4@us.af.mil>; HOWEY, CLIFFORD J MSgt USAF AFMC 96 CS/CCF <clifford.howey@us.af.mil>; ZAPATER, MONICA S Maj USAF AFMC 96 TW/JA <monica.zapater.1@us.af.mil>; GARRICK, WILLIAM G NH-03 USAF AFMC 96 TW/IGQ <william.garrick.2@us.af.mil>; EWERT, KELLY L NH-03 USAF AFMC 96 TW/CVB <kelly.ewert@us.af.mil>; BLAUVELT, MICHAEL L NH-04 USAF AFMC 96 TW/96 TW/JA <michael.blauvelt.3@us.af.mil>; AVANCE, ANTHONY A SR NH-03 USAF AFMC 96 TW/96TW/DEH <anthony.avance.2@us.af.mil>; JACKSON, DAPHNE L Lt Col USAF AFMC 96 TW/JA <daphne.jackson.4@us.af.mil>; CLARK, PAUL M SR NH-04 USAF AFMC 96 TW/IG <paul.clark.28@us.af.mil>
**Subject:** RE: Need a vector

Pail, awesome! We've got some MSG business Mon AM, but we can meet anytime after

lunch if that works for the team.

Thanks again!

V/r
Scott

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** CLARK, PAUL M SR NH-04 USAF AFMC 96 TW/IG <paul.clark.28@us.af.mil>
**Date:** Friday, Jun 11, 2021, 16:50
**To:** WEED, SCOTT A Lt Col USAF AFMC 96 CS/CC <scott.weed@us.af.mil>
**Cc:** ATHERTON, DEBRA A NH-04 USAF AFMC 96 CS/SCX <debra.atherton@us.af.mil>, DAVIS, SCOTT A NH-04 USAF AFMC 96 CS/SCO <scott.davis.4@us.af.mil>, HOWEY, CLIFFORD J MSgt USAF AFMC 96 CS/CCF <clifford.howey@us.af.mil>, ZAPATER, MONICA S Maj USAF AFMC 96 TW/JA <monica.zapater.1@us.af.mil>, GARRICK, WILLIAM G NH-03 USAF AFMC 96 TW/IGQ <william.garrick.2@us.af.mil>, EWERT, KELLY L NH-03 USAF AFMC 96 TW/CVB <kelly.ewert@us.af.mil>, BLAUVELT, MICHAEL L NH-04 USAF AFMC 96 TW/96 TW/JA <michael.blauvelt.3@us.af.mil>, AVANCE, ANTHONY A SR NH-03 USAF AFMC 96 TW/96TW/DEH <anthony.avance.2@us.af.mil>, JACKSON, DAPHNE L Lt Col USAF AFMC 96 TW/JA <daphne.jackson.4@us.af.mil>, CLARK, PAUL M SR NH-04 USAF AFMC 96 TW/IG <paul.clark.28@us.af.mil>
**Subject:** RE: Need a vector

Scott:
We are here to help… we would like to treat this an "anonymous IG complaint" and weave the issues into a single command directed inquiry and/or investigation (SJA will advise once we understand the gravity and complexity and likelihood for personnel actions). However, we do need to understand what belongs in EO's lanes, and what is "other" that falls to IG as we are not attempting to circumvent policy or jurisdiction. Seems like a meeting of CS, EO, IG, and JA is needed to sort this out… Let me know when early next week you can get a mtg and we will support… We can get into names of the "players" but of course can't address who has been to EO or IG as that is all protected to prevent risk of reprisal et al…

V/r Paul

---

**From:** WEED, SCOTT A Lt Col USAF AFMC 96 CS/CC <scott.weed@us.af.mil>
**Sent:** Friday, June 11, 2021 3:43 PM
**To:** CLARK, PAUL M SR NH-04 USAF AFMC 96 TW/IG <paul.clark.28@us.af.mil>; AVANCE, ANTHONY A SR NH-03 USAF AFMC 96 TW/96TW/DEH <anthony.avance.2@us.af.mil>; JACKSON, DAPHNE L Lt Col USAF AFMC 96 TW/JA <daphne.jackson.4@us.af.mil>
**Cc:** ATHERTON, DEBRA A NH-04 USAF AFMC 96 CS/SCX <debra.atherton@us.af.mil>; DAVIS, SCOTT A NH-04 USAF AFMC 96 CS/SCO <scott.davis.4@us.af.mil>; HOWEY, CLIFFORD J MSgt USAF AFMC 96 CS/CCF <clifford.howey@us.af.mil>; ZAPATER, MONICA S Maj USAF AFMC 96 TW/JA <monica.zapater.1@us.af.mil>; GARRICK, WILLIAM G NH-03 USAF AFMC 96 TW/IGQ

<william.garrick.2@us.af.mil>; EWERT, KELLY L NH-03 USAF AFMC 96 TW/CVB <kelly.ewert@us.af.mil>
**Subject:** RE: Need a vector

(+ Daphne)

Team,

BL, we've had some major developments over the past few weeks, and we need IG/JA help.

A mere hours after I sent the original email, we did have an intervening EO complaint arise requiring a pause on the effort below and tight coordination with Tony before we could resume investigating the shop climate. We were keen to address the member's complaint on its own merits, but it delayed our management actions.

After our response was submitted, we circled back with Tony and his team multiple times, including bringing in Kelly and other experts to try and identify a "softer" approach to deep-diving the climate. We had a plan to bring in non-EO resources to canvas the shop, but aggravating data points have emerged. I spent ~1.5 hours today in an EO-coordinated sit-down with a different member from the same shop, who brought forward a countervailing informal EO complaint. That member produced additional documents that indicate significant climate issues that include, but go far beyond, the EO wheelhouse. While I believe we found a solution that would facilitate this member, there's more going on.

I no longer think a purely EO/CSC/A&FRC approach would be able to fully capture what's going on in this shop, which has distinct and bitterly opposed allegations among its own branch leadership, and I need a Command Directed Climate Inquiry rolling as soon as possible. Ultimately, I've got concerns with the resilience and mental health of certain members based on the purported environment.

Paul, I believe some of our affected members have already contacted the IG, and others EO … though I have not explicitly asked anyone.

What is the next fastest step to getting an inquiry rolling as fast as possible? Could I provide you with recommended names to start framing allegations, or could I coordinate on those with you?

I know we're all keeping an eye on the UEI, but this will be a significant inquiry that will outlive my time here, and I'm super focused on: a.) sufficiently framing the allegations to get after root cause with the possibility for command action, and b.) having our junior Amn and civilians interviewed by a vested IO as soon as possible to show that leadership is demonstrably engaged.

Standing by for further, and absolutely appreciate what you all do!

V/r,
Scott

SCOTT A. WEED, Lt Col, USAF
Commander, 96th Communications Squadron

---

**From:** WEED, SCOTT A Lt Col USAF AFMC 96 CS/CC
**Sent:** Friday, April 23, 2021 1:49 PM
**To:** CLARK, PAUL M SR NH-04 USAF AFMC 96 TW/IG <paul.clark.28@us.af.mil>; AVANCE, ANTHONY A SR NH-03 USAF AFMC 96 TW/96TW/DEH <anthony.avance.2@us.af.mil>; FRANK, SHELLY M Col USAF AFMC 96 TW/JA <shelly.frank@us.af.mil>
**Cc:** DAVIS, SCOTT A NH-04 USAF AFMC 96 CS/SCO <scott.davis.4@us.af.mil>; ZAPATER, MONICA S Maj USAF AFMC 96 TW/JA <monica.zapater.1@us.af.mil>; GARRICK, WILLIAM G NH-03 USAF AFMC 96 TW/IGQ <william.garrick.2@us.af.mil>
**Subject:** RE: Need a vector

Paul, great response and detail. I was able to link up with Tony separately, and I think we've got a tentative way-ahead.

We first have to sort out an unrelated(?) EO issue from the civilian lead that we'll see notification for on Mon (want to ensure we have due process for the member), and once the dust settles in a week or so we'll circle back with Tony's team to do something of a workplace climate assessment. Ideally, this is a lighter touch than the follow-on options and will hopefully engender more candid feedback and better outcomes, but still gives us some fidelity to action.

If we can't address it through the EO channels, I will certainly encourage the second COA.

More to follow, but thanks to the IG/EO/JA team. You all move mountains, and we couldn't do it without you.

V/r,
Scott

SCOTT A. WEED, Lt Col, USAF
Commander, 96th Communications Squadron

---

**From:** CLARK, PAUL M SR NH-04 USAF AFMC 96 TW/IG <paul.clark.28@us.af.mil>
**Sent:** Friday, April 23, 2021 12:20 PM
**To:** WEED, SCOTT A Lt Col USAF AFMC 96 CS/CC <scott.weed@us.af.mil>; AVANCE, ANTHONY A SR NH-03 USAF AFMC 96 TW/96TW/DEH <anthony.avance.2@us.af.mil>; FRANK, SHELLY M Col USAF AFMC 96 TW/JA <shelly.frank@us.af.mil>
**Cc:** DAVIS, SCOTT A NH-04 USAF AFMC 96 CS/SCO <scott.davis.4@us.af.mil>; ZAPATER, MONICA S Maj USAF AFMC 96 TW/JA <monica.zapater.1@us.af.mil>; CLARK, PAUL M SR NH-04 USAF AFMC 96 TW/IG <paul.clark.28@us.af.mil>; GARRICK, WILLIAM G NH-03 USAF AFMC 96 TW/IGQ <william.garrick.2@us.af.mil>
**Subject:** RE: Need a vector

Lt Col Weed, interesting comment on "fear of reprisal" given the recent article below that 1/3 of AFMC Airmen surveyed (mil and civ) feared reprisal for reporting exactly what you describe. Wonder why that is, and what AFMC will do about it?
https://www.military.com/daily-news/2021/04/21/air-force-survey-shows-one-third-of-respondents-fear-reprisal-reporting-mistreatment.html

My thoughts/recommendations are these:
1. Determine if EO can conduct a climate "inquiry" within their EO channels, absent a formal complaint from a specific individual. If so, that would be optimum. Gets an outside objective look, without attempting to target a specific individual as a "subject" accused of a specific framed allegation. Unfortunately, IG can't do this, not sure if EO can.
2. IF EO is unable to execute # 1, ask those junior folks you have talked to if they would be willing to share their concerns with the IG. We don't need their names, and we could meet individually or as a group. Once we gather and drill down into what is being reported, we would work with SJA to address possible "allegations" worth inquiring into.
3. IG would then refer the "allegations" to management (without naming any of the junior folks), probably at MSG/CC level to appoint an IO to inquire. We would strongly recommend that a Command Directed *Climate Inquiry* be conducted and NOT a Command Directed *Investigation*, as that (CDI) kicks in the mandatory compliance from the AFMAN that I shared with CCs. Col Black would be on the hook to ID an IO who could inquire objectively and provide you a timely report (circa 30 days). The IO would provide you a report, following legal review for sufficiency, from which you could take appropriate administrative or disciplinary action.
PS: There could be some EO equities here and I can't speak to those, and certainly don't want to infer we are trampling in EO lanes. However, Tony can jump in.
Always happy to discuss. V/r Paul

**Paul M. Clark, Sr.**
96 TW Inspector General
DSN: 875-5984 Comm: (850) 882-5984
Mobile: (850) 401-2550
**IG…Inspiring Greatness**
96 TW/IG SharePoint
**File an IG Complaint OR FWA Anonymous Tip**

---

**From:** WEED, SCOTT A Lt Col USAF AFMC 96 CS/CC <scott.weed@us.af.mil>
**Sent:** Friday, April 23, 2021 11:11 AM
**To:** AVANCE, ANTHONY A SR NH-03 USAF AFMC 96 TW/96TW/DEH <anthony.avance.2@us.af.mil>; CLARK, PAUL M SR NH-04 USAF AFMC 96 TW/IG <paul.clark.28@us.af.mil>; FRANK, SHELLY M Col USAF AFMC 96 TW/JA <shelly.frank@us.af.mil>
**Cc:** DAVIS, SCOTT A NH-04 USAF AFMC 96 CS/SCO <scott.davis.4@us.af.mil>
**Subject:** Need a vector

**Importance:** High

Team, given the recent changes to the CDI guide that Paul recently shared, I wanted to triple-check and confirm a vector based on your expertise.

BL, we've had rumblings of a climate issue within one of our shops over the last months, but it's starting to finally crystallize a bit more to where it's visible to me. We've recently had several junior folks come forward, despite a fear of reprisal, to convey what the climate entailsw. It is somewhere between dysfunctional and toxic, by these accounts. There are accusations towards the civilian section chief of overbearing control, lack of trust/empowerment, potential racial discrimination and potential restriction (from chain of command access). It's at the point where members are miserable coming to the office.

Given the breadth of those topics, what would you recommend is the most appropriate vehicle to bring an outside IO in to assess the climate impartially, for follow-on supervisor/command action?

V/r,
Scott

SCOTT A. WEED, Lt Col, USAF
Commander, 96th Communications Squadron