May 17, 2026

David J. Smith, Clerk of Court
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**Re:** *Jackson v. Department of Air Force,* No. 25-10038-B
Rule 28(j) Letter of Appellant (Second)

Dear Mr. Smith:

*Jimenez v. Acting U.S. Attorney General*, No. 23-11729 (11th Cir. July 21, 2025), recently came to Appellant's attention during post-surgical recovery. Docs. 25–29 document undiagnosed conditions impacting the opening brief, subsequent medical emergency, ICU admission, extensions and stay of proceedings. This authority addresses discrete acts/continuing violations timeliness distinction; *Jimenez* lost on discrete acts; the inverse applies here.

**1. Hostile Work Environment (HWE).** *Jimenez* holds HWE claims are "continuing" by nature and timely when repeated acts constitute a "single unlawful employment practice" *Id.* (citing *Morgan*, 536 U.S. at 115-17), requiring commonality in decision-makers and type of "discriminatory intimidation, ridicule, and insult." Slip op. at 21-22.

Hours after Appellant's complaint, the full institutional apparatus: EEO, IG, JAG, Command, and the named-harasser, fabricated appraisals and documented a premeditated, pretextual retaliatory plan: solicit statements, drill-down, "frame" allegations, conduct inquiry to avoid **CDI** policy,

obtain legal sufficiency, with last act pre-ordained: "discipline" and "follow-on supervisor/command action;" JAG concurred. The plan was implemented, constituting "graver hostile-environment constructive discharge," where Appellant, the sole minority leader, was subjected to 230-plus days of institutional retaliation, deliberately "crowdsourcing" additional agencies, coercing subordinates, and enlisting Appellant's own EEO Counselor. "*Thanks again for everyone piling onto this one*." See Opening Br. (Doc. 18) at 16, 24–34; Reply Br. (Doc. 43) at 16–29; Doc. 18-27. All relief channels complicit - "graver." See Doc. 43 at 12–15.

**2. Continuing Violation and Exhaustion.** *Jimenez* confirms the 45-day period runs from the last act (resignation) for "hostile-environment constructive discharge," citing *Green v. Brennan*, 578 U.S. 547, 559 (2016); Slip op. at 20–21.

Appellee erroneously isolates the CDI as discrete. However, the CDI is part of a single unlawful employment practice, interconnected and mutually reinforcing across institutional boundaries, each act amplifying the others, directed by the same institutional apparatus, frequent and overlapping, continuous from April 23 through December 16, 2021, culminating in constructive discharge. The EEO Counselor's report confirms: "April 2021 – Present" and "45th Day: Behaviors Presently Ongoing." Doc. 18-20 at 25. Under *Jimenez*, the CDI is integral. See Opening Br. (Doc. 18) at 16–29; Reply Br. (Doc. 43) at 24-29.

*//signature on following page//*

Respectfully,

***/s/Cecile Jackson***

Cecile Jackson
Appellant, Pro Se
2551 Salamanca Street
Navarre, FL 32566
Email: jacksonLegalCase@gmail.com
Telephone: 850-341-9285

## CERTIFICATE OF COMPLIANCE

**1. Type-Volume**

This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document, exempted by Fed. R. App. P. 32(f), the document contains 350 words.

**2. Typeface and Style**

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Palatino Linotype.

Respectfully submitted,

**/s/*Cecile Jackson***
Cecile Jackson
Appellant, Pro Se
2551 Salamanca Street
Navarre, FL 32566
Email: jacksonLegalCase@gmail.com
Telephone: 850-341-9285

## CERTIFICATE OF SERVICE

Plaintiff-Appellant, ***pro se***, hereby certifies that a copy of the foregoing was served electronically through the Court's CM/ECF system on all parties of record.

Respectfully submitted,

***/s/Cecile Jackson***

Cecile Jackson
Appellant, Pro Se
2551 Salamanca Street
Navarre, FL 32566
Email: jacksonLegalCase@gmail.com
Telephone: 850-341-9285